**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
SEP 10 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-64-SCM-CJS

**RICHARD A. JACOBS**

* * * * *

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**21 U.S.C. § 841(a)(1)**

On or about May 11, 2026, in Boone County, in the Eastern District of Kentucky,

**RICHARD A. JACOBS**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**<u>COUNT 2</u>**
**18 U.S.C. § 922(g)(1)**

On or about May 11, 2026, in Boone County, in the Eastern District of Kentucky,

**RICHARD A. JACOBS,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a One Horse LLC, multi-caliber AR-15 style rifle bearing serial number OH-003858, and the firearm was in and

affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **RICHARD A. JACOBS** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **RICHARD A. JACOBS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the felony offense alleged in Count 2 of the Indictment, **RICHARD A. JACOBS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **RICHARD A. JACOBS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

a. One Horse LLC, multi-caliber AR-15 style rifle bearing serial number OH-003858, and
b. All associated ammunition and accessories.

A TRUE BILL

[redacted]

JASON D. PARMAN
UNITED STATES ATTORNEY

JOEL KING
ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

**COUNT 1:** Not more than 20 years imprisonment, a $1,000,000 fine, and at least 3 years of supervised release.

**COUNT 2:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.

**PLUS:** Restitution, if applicable.